FILED'06 SEP 26 12:19USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GARY HILL, | ) |
| Plaintiff, | ) Civ. No. 04-3028-CO |
| v. | ) |
| TECHNICAL CHEMICAL CORP., a Texas corporation, | ) **ORDER** |
| Defendant. | ) |

**PANNER, District Judge:**

Magistrate Judge John P. Cooney filed Findings and Recommendation on September 1, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

I have, therefore, given this case de novo review. I find no

- ORDER

error.  Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#52) is adopted.  Defendant's motion for summary judgment (#46) is denied.

IT IS SO ORDERED.

DATED this 26 day of September, 2006.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER